364 A.2d 937
Commonwealth v. Euell, Appellant.

Submitted November 17, 1975. William Pineo, and Prather, Prather & Pineo, for appellant; Paul D. Shafer, Jr., District Attorney, for Commonwealth, appellee.

Order affirmed.

371 A.2d 225
Commonwealth v. Fassett, Appellant.

Submitted February 2, 1976. David P. Posatko, Public Defender, for appellant; James E. Davis, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.